# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATHALIE HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 2:21-cv-00683-AMM |
| WEXFORD HEALTH SOURCES, INC., ) | |
| ) | |
| Defendant. | |

_____

## JOINT MOTION TO EXTEND DEADLINES

The parties jointly move the Court to enter an Order extending remaining deadlines for sixty days, as more particularly set out below:

1. Per the Scheduling Order, the remaining deadlines in the case are as follows: the discovery period ends February 25, 2022, and dispositive motions are due by March 28, 2022.

2. The parties have conducted written discovery. Defendant first propounded written discovery on July 6, 2021 and plaintiff first propounded written discovery on November 2, 2021. Remaining discovery to be conducted is the taking of depositions. The parties have endeavored for several months to set depositions and had them set last month. However, a personal issue arose with plaintiff's counsel necessitating their continuance. The parties do not believe they

1

will be able to complete the depositions by the current deadline and need an additional sixty days to complete all depositions.

3. The parties therefore request an extension of sixty days for remaining deadlines, such that the discovery period ends April 25, 2022, and dispositive motions are due by May 30, 2022.

Respectfully submitted,

| | |
|---|---|
| s/ Adam M. Porter | s/ Philip G. Piggott |
| Adam M. Porter | Philip G. Piggott |
| Attorney for Plaintiff | |
| Adam M. Porter, LLC | s/ Nicholas B. Hoisington |
| 2301 Morris Avenue, Suite 102 | Nicholas B. Hoisington |
| Birmingham, AL 35203 | Attorneys for Defendant |
| (205) 322-8999 | Webster, Henry, Bradwell, Cohan, Speagle & Deshazo, P.C. |
| | Two Perimeter Park South, Suite 445 East |
| | Birmingham, AL 35243 |
| | (205) 380-3480 |